## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4132 | **DATE** | 8/5/08 |
| **CASE TITLE** | Carpenters Fringe Benefit Funds of Illinois, et al. v. Pinter | | |

**DOCKET ENTRY TEXT:**

Status hearing set for 9/23/08 at 9:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|