AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

CARPENTERS FRINGE BENEFIT FUNDS
OF ILLINOIS, et al.

CASE NUMBER: 08CV4132

V.

ASSIGNED JUDGE: JUDGE DARRAH

GREG PINTER, individually and d/b/a PINTER
CONSTRUCTION, d/b/a PINTER GENERAL
CONTRACTING

DESIGNATED
MAGISTRATE JUDGE: MAGISTRATE JUDGE MASON

TO: (Name and address of Defendant)

Greg Pinter
418 West Devlin Street
Spring Valley, IL　61362

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Beverly P. Alfon
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL　60606-5231
(312) 236-4316

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

_____
(By) DEPUTY CLERK



July 22, 2008
_____
Date

Carpenters Fringe Benefit Funds of Illinois v. Greg Pinter, et al.

COURT CASE NO. 08CV4132

Josh Williams .deposes and says that he/she is a licensed or registered employee of a Private Detective Agency, licensed by the Illinois Department of Professional Regulation and therefore authorized, pursuant to the provisions of Chapter 735, Code of Civil Procedure Section 5/2-202, Illinois Compiled Statutes, to serve process in the above cause, and that the defendant or witness or garnishee was served in the following manner:

I.  **Personal** service in that the above documents were personally served upon the defendant.

**DEFENDANT OR DIRECT TO:**

(Name) Greg Pinter

(Address Served)

(City, State, Zip)

DESCRIPTION
Male/Female
Ht.
Wt.
Race
Age

DATE/TIME

II. **(Substituted Service)** Individual defendants **abode** by leaving a copy at the usual place of abode of each individual defendant with a person of his family of the age of 13 years or upward, informing that person of its contents and also by sending a copy in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

**PERSON LEFT WITH**

(Name) Angie Pinter, wife (Relationship)

(Address) 418 W Devlin St.

(City, State) Spring Valley, IL 61362

DESCRIPTION
Male/**Female**
Ht. 5'3"
Wt. 170
Race white
Age 30

DATE/TIME
8/8/08 4:02 pm

8/8/08
(Date Mailed)

III. **CORPORATE SERVICE**: By leaving a copy with (named individual) _____,
    (title) _____, and authorized to accept on behalf of said corporation, as follows:

**DEFENDANT CORPORATION**

(Corp. Name)

(Address)

(City, State)

DATE/TIME

IV. That he/she was unable to serve the above-named defendant at the following listed address (es) for the following detailed reasons:

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to such matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

8/8/08
Dated

(Server Signature)
IL Lic. 117-001230