IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS, et al., | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 08 C 4132 |
| GREG PINTER, individually, d/b/a PINTER CONSTRUCTION, d/b/a PINTER GENERAL CONTRACTING, | ) ) ) ) | JUDGE JOHN W. DARRAH |
| Defendant. | ) ) | |

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, GREG PINTER, individually, d/b/a PINTER CONSTRUCTION, d/b/a PINTER GENERAL CONTRACTING, in the total amount of $21,923.75, plus Plaintiffs' costs and reasonable attorneys' fees in the total amount of $507.50.

On August 8, 2008, the Summons and Complaint was served on the Defendant by tendering a copy of said documents to Angie Pinter, spouse, at his residence (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on August 28, 2008. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/   Beverly P. Alfon

# CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 16th day of September 2008:

                Mr. Greg Pinter
                Pinter General Contracting
                418 West Devlin Street
                Spring Valley, IL   61362


                                      /s/   Beverly P. Alfon


Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\Hrccj\Pinter\2008\motion for default judgment.bpa.df.wpd